NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085


PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.


Richard W. Goeken, Saltman & Stevens, P.C., of Washington, DC, argued for plaintiff-appellee.  With him on the brief was Alan I. Saltman.

David A. Harrington, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.


Appealed from:  United States Court of Federal Claims

Judge George W. Miller

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085

PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

# Judgment

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).      02-CV-131

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

Per Curiam (MICHEL, <u>Chief Judge</u>, BRYSON, <u>Circuit Judge</u>, and FOGEL[*], <u>District Judge</u>).

*ENTERED BY ORDER OF THE COURT*

DATED: <u>November 9, 2007</u>      /s/ Jan Horbaly
     Jan Horbaly, Clerk

---

[*] Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.